AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOSE ALBERTO CAMPOS RODRIGUEZ,

      Petitioner,      JUDGMENT IN A CIVIL CASE
  V.

      CASE NUMBER:  **3:14-CV-00691-MMD-WGC**

ISIDRO BACA, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to the filing of a new action with either the full filing fee₁ or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six (6) months and a properly executed financial certificate.

  FEBRUARY 6, 2014           **LANCE S. WILSON**
                                                                       Clerk

                                                                       /s/ D. R. Morgan
                                                                        Deputy Clerk