UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ALBERTO CAMPOS RODRIGUEZ,<br><br>                        Petitioner,<br>   v.<br>ISIDRO BACA, et al.,<br><br>                        Respondents. | Case No. 3:14-cv-00691-MMD-WGC<br><br>ORDER |

On February 6, 2015, the Court dismissed this action without prejudice (dkt. no. 3) and directed the Clerk to send to petitioner a copy of the submitted papers. On February 17, 2015, petitioner filed a motion in which he states that the Clerk did not send a copy of the submitted papers and requesting such copy (dkt. no. 5). Good cause appearing, it is therefore ordered that petitioner's motion (dkt. no. 5) is granted. The Clerk shall send petitioner a copy of the papers that he submitted in this action.

DATED THIS 7th day of April 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE